UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22984-BLOOM/Otazo-Reyes

JOHN DOE,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A"

    Defendants.

_____/

**ORDER TO UNSEAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 23, 2023, the Court granted Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order. *See* ECF No. [15]. On August 28, 2023, the Court granted Plaintiff's Emergency Motion to maintain the Temporary Restraining Order under seal until August 31, 2023. *See* ECF No. [20].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **UNSEAL** the Temporary Restraining Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 31, 2023.

                                                                     _____
                                                                      **BETH BLOOM**
                                                                      **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record