UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

**JOHN DOE**

Plaintiff,

v.

CASE NO.: 1:23-cv-22984-BB

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANT
## WITH PREJUDICE

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against certain defendant only in Schedule "A" and states as follows:

| Defendant No. | Platform | Store Name | Seller ID | Merchant Name |
|---|---|---|---|---|
| 103 | Amazon | Better Bath Better Body | A16O49YTLTWT1L | Better Bath Better Body LLC |

Respectfully submitted on this 16th day of September, 2023.

The Law Offices of James Liu, LLC
Attorney for Plaintiff
By: /s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq.
15750 SW 92nd Ave Unit 20C

Palmetto Bay, FL 33157
Ph: (305) 209 6188
Fax: (305) 402 5959
Email: jamesliulaw@mail.com
Email: jamesliu@jameslawofficeflorida.com

Page 2 of 2